Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
Werman Salas P.C.
77 West Washington St., Suite 1402
Chicago, IL 60602
Telephone: (312) 419-1008
Fax: (312) 419-1025
Email: dwerman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com
*Admitted Pro Hac Vice*

**Attorneys for Plaintiff Winston**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Mildred Winston**, on behalf of herself and others similarly situated, known and unknown,<br><br>*Plaintiff*,<br><br>v.<br><br>**Aetna Medicaid Administrators, LLC,**<br><br>*Defendant*. | **Civil Action No. 2:19-cv-4703-JJT**<br><br>**MOTION FOR STEP-ONE NOTICE PURSUANT TO FLSA** |

**PLAINTIFF'S MOTION FOR STEP-ONE NOTICE PURSUANT TO THE FAIR LABOR STANDARDS ACT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Step-One Notice Pursuant to the FLSA and the supporting exhibits, Plaintiff respectfully requests that the Court enter an Order:

1. Conditionally certifying the following collective:

    "All Care Management Employees (as defined in Plaintiff's Memorandum in Support of her Motion for Step-One Notice) employed by Defendant in the last three years

who were paid on a salary basis and classified by Defendant as exempt from overtime compensation ("Collective Action Members").

2. ordering Defendant to produce within seven (7) days a computer-readable data file containing the names, job titles, dates of employment, last known mailing addresses, last known email addresses, mobile telephone numbers, and work locations for all potential collective action members;

3. authorizing the issuance of Plaintiff's proposed Notice and Consent Form to all potential collective action members, regardless of whether they signed Aetna's arbitration agreement, by mail, email and text message, as well as a reminder notice during the opt-in period; and

4. setting the duration of the initial opt-in period at sixty-three (63) days;

5. authorizing the issuance of a reminder notice via mail, email, and text message thirty (30) days after the original notice is issued;

6. granting such other, further, or additional relief as the Court deems just and proper.

Dated this 22nd Day of November 2019.

**RESPECTFULLY SUBMITTED,**

**/S/ SARAH J. ARENDT**

**DOUGLAS M. WERMAN**
dwerman@flsalaw.com
**MAUREEN A. SALAS**
msalas@flsalaw.com
**SARAH J. ARENDT**
sarendt@flsalaw.com
**Werman Salas P.C.**
77 West Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

**JACK SIEGEL**
jack@siegellawgroup.biz
**SIEGEL LAW GROUP, PLLC**
2820 McKinnon, Suite 5009
Dallas, Texas 75201
P: 214.790.4454

**TRAVIS M. HEDGPETH**
travis@hedgpethlaw.com
**THE HEDGPETH LAW FIRM, PC**
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
Telephone: (281) 572-0727
Facsimile: (281) 572-0728

**CLIFFORD P. BENDAU, II**
cliffordbendau@bendaulaw.com
**Bendau & Bendau PLLC**
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Facsimile: (602) 956-1409

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of November 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system.

/s/ Sarah J. Arendt  
Sarah J. Arendt