**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Mildred Winston, on behalf of herself and others similarly situated, known and unknown,<br><br>                Plaintiff,<br>v.<br><br>Aetna Medicaid Administrators LLC,<br><br>                Defendant. | No. CV-19-04703-JJT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR STEP-ONE NOTICE PURSUANT TO THE FLSA** |

At issue is Plaintiff's Motion for Step-One Notice Pursuant to the Fair Labor Standards Act. Upon review of Plaintiff's motion, her supporting memorandum, and the exhibits attached thereto,

IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Step-One Notice is granted, and the following collective is conditionally certified pursuant to 29 U.S.C. § 216(b):

> "All Care Management Employees (as defined in Plaintiff's Memorandum in Support of her Motion for Step-One Notice) employed by Defendant in the last three years who were paid on a salary basis and classified by Defendant as exempt from overtime compensation ("Collective Action Members").

2. The Notice and Consent Form attached as Exhibit O to Plaintiff's Memorandum in Support of her Motion for Step-One Notice is approved.

3. Within seven (7) days of this Order, Defendant shall produce to Plaintiff's Counsel a computer-readable data file containing the names, job titles, dates of employment, last known mailing addresses, last known email addresses, mobile telephone numbers, and work locations for all Collective Action Members (the "Class List").

4. Within twenty-one (21) days of receiving the Class List, Plaintiff's Counsel shall mail the approved Notice and Consent Form to all Collective Action Members via regular U.S. mail. Also, within twenty-one (21) days of receiving the Class List, Plaintiff's Counsel shall issue the Notice and Consent Form via email and text message to all Collective Action Members for whom email addresses and mobile telephone numbers were produced by Defendant.

5. Collective Action Members shall have sixty-three (63) days from the date the Notice and Consent Form is first mailed to sign and return the Consent Form (the "Notice Period"). Plaintiff's Counsel shall file signed Consent Forms when they are returned to Plaintiff's Counsel.

6. Consent Forms that are postmarked during the Notice Period shall be considered timely filed.

7. Plaintiff's Counsel may send a reminder notice to all Collective Action Members who have not yet returned signed Consent Forms thirty (30) days after the Notice and Consent Form is first mailed. Such reminder notice may be issued by regular U.S. mail, email, and text message.

8. Within fourteen (14) days of the close of the Notice Period, the Parties shall meet and confer to discuss a proposed discovery plan and deadlines for dispositive motions. No later than twenty-one (21) days after the close of the Notice Period, the Parties shall submit a Supplemental Joint Case Management Plan setting forth their respective proposals.