Michael J. Puma (*Admitted pro hac vice*)
Lauren E. Marzullo (*Admitted pro hac vice*)
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
michael.puma@morganlewis.com
lauren.marzullo@morganlewis.com

Kent Brockelman (009627)
Jill J. Chasson (019424)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 381-5477
Facsimile: (602) 224-6020
kbrockelman@cblawyers.com
jchasson@cblawyers.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Mildred Winston, on behalf of herself and others similarly situated, known and unknown,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>Aetna Medicaid Administrators LLC,<br><br>　　　　　　　Defendant. | No. CV-19-04703-JJT<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's Order dated January 3, 2020, the Parties submit this Joint Status Report stating that they have exchanged drafts of an Agreed Motion to Conditionally Certify Narrowed Collective Action and Approve Notice to Potential Plaintiffs in the Collective and accompanying Proposed Order and Notice of Collective

Action Lawsuit. The parties expect to submit these filings for the Court's review by Friday, January 17, 2020.

RESPECTFULLY SUBMITTED this 7th day of January 2020,

| | |
|---|---|
| */s/ Sarah J. Arendt* | */s/ Michael J. Puma* |
| Douglas M. Werman | Michael J. Puma |
| Maureen A. Salas | MORGAN, LEWIS & BOCKIUS LLP |
| Sarah J. Arendt | 1701 Market Street |
| Zachary C. Flowerree | Philadelphia, PA  19103 |
| WERMAN SALAS P.C. | Tel.: 215.963.5000 |
| 77 West Washington Street, Suite 1402 | Fax: 215.963.5001 |
| Chicago, IL  60602 | Email: michael.puma@morganlewis.com |
| | |
| Travis M. Hedgpeth | |
| THE HEDGPETH LAW FIRM, PC | Kent Brockelman |
| 3050 Post Oak Blvd., Suite 510 | Jill J. Chasson |
| Houston, TX 77056 | COPPERSMITH BROCKELMAN PLC |
| | 2800 North Central Avenue, Suite 1900 |
| Jack Siegel | Phoenix, AZ 85004 |
| SIEGEL LAW GROUP PLLC | Tel.: 602.381.5477 |
| 4952 Greenville, Suite 600 | Fax: 602.224.6020 |
| Dallas, TX 75206 | Email: kbrockelman@cblawyers.com |
| | jchasson@cblawyers.com |
| *Attorneys for Plaintiff* | |
| | Lauren Marzullo |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 1701 Market Street |
| | Philadelphia, PA  19103 |
| | Tel.: 215.963.5000 |
| | Fax: 215.963.5001 |
| | Email: lauren.marzullo@morganlewis.com |
| | |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ *Michael J. Puma*
Michael J. Puma