# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mildred Winston, | No. CV-19-04703-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Aetna Life Insurance Company, *et al.*, | |
| Defendants. | |

At issue is the Parties' Joint Motion for Approval of FLSA Settlement (Doc. 72). Defendant also filed an Unopposed Motion to File Unredacted Motion for Approval, Supporting Declaration, and Settlement Agreement Under Seal (Doc. 73). Having reviewed and considered the terms of the Motion and the Settlement Agreement, the pleadings in this case, and the issues presented therein, and for good cause shown, the Court approves the Settlement Agreement attached as Exhibit A, and therefore,

IT IS HEREBY ORDERED granting the Joint Motion (Doc. 72).

1. The Court asserts jurisdiction over the claims and parties in this lawsuit and the implementation and administration of the Parties' Settlement Agreement. The capitalized terms used herein shall have the same meaning as defined in the Settlement Agreement;

2. The Court grants the Joint Motion for Approval and approves the Parties' Settlement Agreement, filed as Exhibit A to their joint motion. The Court finds that the terms of the Settlement Agreement are fair, reasonable, and adequate as to Plaintiff Winston and Opt-in Plaintiffs Barnwell and Kessinger;

3. The Court finds that the settlement was reached through arm's-length negotiations after hotly contested litigation regarding a *bona fide* dispute as to compensation owed under the Fair Labor Standards Act. Throughout the litigation and settlement process, the Parties were represented by counsel experienced in wage-and-hour law. Accordingly, the Court finds that the Settlement Agreement constitutes a fair and reasonable settlement of a *bona fide* dispute;

4. The Court hereby approves the Release contained in Section 9 of the Settlement Agreement. As set forth in Section 9 of the Settlement Agreement, Plaintiff Winston and Opt-in Plaintiffs Barnwell and Kessinger (on behalf of each and all of their respective representatives, agents, estates, heirs, successors and assigns) waive, release, and forever discharge Aetna Medicaid Administrators LLC, Aetna Resources LLC, and each and all of their past and present parents, subsidiaries and affiliates (i.e. not staffing agencies) and all such entities' owners, shareholders, members (if an LLC), executives, directors, employees, agents, insurers, benefit plans and administrators, and attorneys ("Released Parties") from all causes of action they have under federal, state, and local statutes, regulations, ordinances and common law theories for overtime, minimum wage, straight time wages, expense reimbursement, wage deductions, meal/rest breaks, waiting time, wage statements/notices and penalties, and associated fees and costs, while they worked for Aetna Medicaid Administrators LLC or Aetna Resources LLC or their predecessors or affiliates (i.e. not staffing agencies) in salaried Utilization Management Clinical Consultant, Utilization Management Nurse Consultant, Field Case Manager, Case Manager, Clinical Case Manager, and Case Management Coordinator positions through the earlier of (i) the date of this Order or (ii) December 31, 2020. This release also includes all claims for legal costs and expenses, legal fees, liquidated damages, interest,

        declaratory or injunctive relief, or other relief relating to or stemming from such released claims.

5. The Court hereby approves the request for attorneys' fees and litigation costs to be paid to Plaintiffs' Counsel from the Maximum Settlement Payment in the amount set forth in Section 7 of the Settlement Agreement.

6. The Court hereby approves the request for the service payment to Plaintiff Winston for her service to the Opt-in Plaintiffs and as good and sufficient consideration for the general release of her claims, as set forth in Exhibit A to the Settlement Agreement;

7. The Court approves and appoints Rust Consulting as the Settlement Administrator who shall administer the Settlement and carry out all of the tasks assigned to it as set out in the Settlement Agreement;

8. The Court hereby retains jurisdiction over this action and the Parties to administer, interpret, and enforce the terms of the Settlement Agreement and this Order.

IT IS FURTHER ORDERED granting Defendant's Unopposed Motion to File Unredacted Motion for Approval, Supporting Declaration, and Settlement Agreement Under Seal (Doc. 73). The Clerk of Court shall file under seal the documents lodged under seal at Documents 74, 75, and 76.

IT IS FURTHER ORDERED that this case is dismissed, on the merits, with prejudice. The Clerk of the Court is directed to enter judgment accordingly and close this matter.

Dated this 22nd day of January, 2021.

*[signature]*
Honorable John J. Tuchi
United States District Judge