# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mildred Winston, | **NO. CV-19-04703-PHX-JJT** |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Aetna Life Insurance Company, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed January 22, 2021, which granted the Joint Motion for Approval of FLSA Settlement, judgment is hereby entered as outlined and approved in this Order. This case is dismissed, on the merits, with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

January 22, 2021

s/ S. Quinones
By    Deputy Clerk